Case Number: CACE-13-019087 Division: 25
Electronically Filed 08/15/2013 08:16:31 PM ET

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 8/15/2013 8:16:29 PM.****

Cusska

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2003-1,
    Plaintiff,

CASE NO.:

v.

NICOLE EWIN and LEANORA CHRISTIE,
    Defendants.
_____/

## COMPLAINT

COMES NOW the Plaintiff, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1, ("Plaintiff") and hereby sues the Defendants, NICOLE EWIN and LEANORA CHRISTIE, ("Defendants") and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for damages which exceeds the sum of $15,000, exclusive of interest and costs and is properly within the jurisdiction of this Court.

2. Venue is proper pursuant to Section 47.011, Fla. Stat., because the Defendant resides in Broward County.

///

///



46153306

## COUNT I: BREACH OF CONTRACT

3. Plaintiff realleges and incorporates paragraphs 1 through 2, above, as if fully stated herein.

4. Defendants entered into a loan agreement for the purposes of receiving a private education loan. A Loan Note (hereinafter "Note") was executed specifying the principal amount financed, annual percentage rate and other applicable fees and provisions. The current outstanding principal amount of the debt is $21,681.16.

5. Defendants received loan monies in exchange for a promise to pay the loan amount, applicable fees and a variable interest rate.

6. Plaintiff is the owner of the Note.

7. On or about May 16, 2011, Defendants failed to make payments when due and breached the Agreement and Note.

8. Defendants are indebted to Plaintiff in the amount of $24,614.07 together with all lawful interest due under the terms of the Note.

9. As a proximate result of Defendants' failure to repay, Plaintiff has been damaged in the amount of $24,614.07 together with all lawful interest due under the terms of the Note.

10. Plaintiff has retained the undersigned attorneys and has obligated itself to pay reasonable attorney's fees.

11. Plaintiff has performed all conditions precedent required of it under the terms of the Note.

12. Pursuant to the 11 U.S.C. §1692g(a) and §559.552 Fla. Stat., Defendants are informed that the undersigned law firm is acting on behalf of Plaintiff to collect the debt and that the debt referenced in this suit will be assumed to be valid and correct if not disputed in whole or in part within thirty (30) days from the date hereof.



46153306

WHEREFORE, Plaintiff, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1, prays for judgment for damages against Defendants, NICOLE EWIN and LEANORA CHRISTIE, together with prejudgment interest at the time of referral, court costs and reasonable attorney's fees and such other relief as the Court deems just and proper.

By: _____/s/ Anthony Colunga_____
Anthony Colunga (AnthonyC@w-legal.com)
Bar No.100202
Attorney for Plaintiff, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1
Weinstein, Pinson & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: 2062693490

46153306